585 A.2d 348

STATE OF NEW JERSEY v. GERALD MOORE.

July 10, 1990.

Petition for certification denied.

585 A.2d 348

STATE OF NEW JERSEY v. STEWART WILSON.

July 10, 1990.

Petition for certification denied.

585 A.2d 349

STATE OF NEW JERSEY v. D.I.B.

July 10, 1990.

Petition for certification denied.

585 A.2d 349

STATE OF NEW JERSEY v. JESSE LOVELACE.

July 10, 1990.

Petition for certification denied.

585 A.2d 349

STATE OF NEW JERSEY v. RODNEY McLEAN.

July 10, 1990.

Petition for certification denied.